1   [COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11

12  | RACKABLE SYSTEMS, INC.,              | Case No. C 05-03561 PJH
13  |         Plaintiff,                   |
14  |     v.                               | **[PROPOSED] STIPULATION REGARDING PRETRIAL AND TRIAL DATES** ; AS MODIFIED
15  | SUPER MICRO COMPUTER, INC.,          |
16  |         Defendant.                   |
17

1    WHEREAS, the parties appeared before the Court for their initial Case Management
2 Conference on January 5, 2006;
3    WHEREAS, the Court has set the date for the Claim Construction hearing in this matter for
4 August 2, 2006 at 9:00 a.m., and the claim construction Tutorial hearing on July 28, 2006 at 9:00
5 a.m.;
6    WHEREAS, the Court has ordered the parties to submit within seven (7) days of the initial
7 Case Management Conference a stipulation with proposed remaining pretrial and trial dates in
8 accordance with the Court's instructions on January 5, 2006;
9    WHEREAS, the parties have confirmed with the Court's clerk the availability on the Court's
10 calendar of the following proposed stipulated pretrial conference date and trial date;
11    IT IS HEREBY STIPULATED by and between the parties hereto, by their respective
12 undersigned counsel of record herein, that the following additional pretrial and trial dates apply to
13 this action.

| Event | Date |
|---|---|
| Expert reports (issues on which a party has burden of proof) | January 10, 2007 |
| Rebuttal expert reports (issues on which an opponent has burden of proof) | January 25, 2007 |
| Close of discovery | February 9, 2007 |
| Deadline for filing Case and Issue Dispositive Motions | March 7, 2007 |
| ~~Final lists of witnesses and exhibits~~ | ~~July 5, 2007~~ |
| Pretrial conference | July 12, 2007 at 2:30 p.m. |
| ~~Objections to final lists of witnesses and exhibits~~ | ~~July 19, 2007~~ |
| Trial | August 13, 2007 at 8:30 a.m. |

Dated: January 11, 2006

                                                 Respectfully submitted,

                                                 s/ Benjamin R. Ostapuk
                                                 Eric R. Lamison (Bar No. 178262)
                                                 Benjamin R. Ostapuk (Bar No. 194364)
                                                 KIRKLAND & ELLIS LLP
                                                 555 California St., 24th Floor
                                                 San Francisco, California  94104
                                                 Telephone:     (415) 439-1400
                                                 Facsimile:      (415) 439-1500

                                                 Attorneys for Plaintiff
                                                 RACKABLE SYSTEMS, INC.

Dated: January 11, 2006

                                                 Respectfully submitted,

                                               s/ Richard I. Yankwich
                                                 Richard I. Yankwich (Bar No. 089924)
                                                 Alan A. Limbach (Bar No. 173059)
                                                 DLA Piper Rudnick Gray Cary US LLP
                                                 2000 University Avenue
                                                 East Palo Alto, California 94303-2215
                                                 Telephone:     (650) 833-2000
                                                 Facsimile:      (650) 833-2001

                                                 Attorneys for Defendant
                                                 SUPER MICRO COMPUTER, INC.

1
2  IT IS SO ORDERED:   AS MODIFIED
3
4  _____
5  UNITED STATES DISTRICT JUDGE
6
        January 13, 2006
7  DATED: _____
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  I, Benjamin R. Ostapuk, attest that concurrence in the filing of this document has been

3  obtained from counsel for defendant Super Micro Computer, Inc.  I declare under penalty of perjury

4  under the laws of the United States of America that the foregoing is true and correct.  Executed this

5  11th day of January, 2006 at San Francisco, California.

                                                                s/Benjamin R. Ostapuk
                                                       _____
                                                                Benjamin R. Ostapuk