1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RACKABLE SYSTEMS, INC., | Case No. C 05-03561 PJH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING PRIVATE MEDIATION** |
| SUPER MICRO COMPUTER, INC., | |
| Defendant. | |

WHEREAS, the parties have agreed to mediation as their form of Alternative Dispute Resolution in this case;

WHEREAS, the Court's Case Management and Pretrial Order provides that mediation in this case be conducted no later than June 2, 2006;

WHEREAS, the parties participated in an ADR Phone Conference with the Court's ADR Unit on February 9, 2006, whereupon it was agreed that the parties would use a private mediator for mediation in this action;

WHEREAS, the parties agreed at the ADR Phone Conference to file a stipulation reflecting their preference of a private mediator;

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective undersigned counsel of record herein, that the Honorable Eugene Lynch (Ret.) shall be the mediator

1  for this action.  Mediation is scheduled to take place on May 9, 2006.

3  Dated:  March 8, 2006

Respectfully submitted,

s/ Benjamin R. Ostapuk
Eric R. Lamison (Bar No. 178262)
Benjamin R. Ostapuk (Bar No. 194364)
KIRKLAND & ELLIS LLP
555 California St., 24th Floor
San Francisco, California  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Attorneys for Plaintiff
RACKABLE SYSTEMS, INC.

Dated:  March 8, 2006

Respectfully submitted,

s/ Richard I. Yankwich
Richard I. Yankwich (Bar No. 089924)
Alan A. Limbach (Bar No. 173059)
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, California 94303-2215
Telephone:     (650) 833-2000
Facsimile:      (650) 833-2001

Attorneys for Defendant
SUPER MICRO COMPUTER, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  _3/9/06_____

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Benjamin R. Ostapuk, attest that concurrence in the filing of this document has been obtained from counsel for defendant Super Micro Computer, Inc. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of March, 2006 at San Francisco, California.

s/Benjamin R. Ostapuk

_____
Benjamin R. Ostapuk

Stipulation and [Proposed] Order Re Private Mediation       3       Case No. C 05-03561 PJH