1  Eric R. Lamison (Bar No. 178262)
   Benjamin R. Ostapuk (Bar No. 194364)
2  Ryan J. Casamiquela (Bar No. 228559)
   KIRKLAND & ELLIS LLP
3  555 California Street, Suite 2700
   San Francisco, California 94104
4  Telephone:    (415) 439-1400
   Facsimile:    (415) 439-1500
5
6  Attorneys for Plaintiff
   RACKABLE SYSTEMS, INC.
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
12

| RACKABLE SYSTEMS, INC., | Case No. C 05-03561 PJH (WDB) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER PERMITTING THE USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| v. | |
| SUPER MICRO COMPUTER, INC., | |
| Defendant. | Tutorial Date:   September 8, 2006<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 3 |
|  | Claim Construction<br>Hearing Date:   September 27, 2006<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 3 |

1  IT IS HEREBY ORDERED that plaintiff Rackable Systems, Inc., through its counsel of record, Kirkland & Ellis LLP, their support staff, and vendors assisting such counsel, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Phyllis J. Hamilton, certain equipment and materials as demonstrative exhibits and for purposes of facilitating illustrative exhibits for a technology tutorial and claim construction hearing to be held on September 8, 2006 and September 27, 2006, respectively.  The demonstrative equipment and materials may include one or more racks containing various computers (general purpose computers such as servers) and other equipment, as well as several individual computers and networking equipment.  The materials for facilitating illustrative exhibits include at least laptop computers, external hard drives, video and audio cables, power strips, extension cords, projector, projection screen, and additional monitors.

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.  Rackable is permitted to bring the materials into the Courtroom up to one day in advance (specifically towards the end of the Court's day) of each of the above-scheduled events and may remove the materials following the conclusion of each event.

IT IS SO ORDERED.

Date: 9/5/06

_____
The Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Proposed] Order Permitting the Use of Equipment in the Courtroom   1   Case No. C 05-03561 PJH (WDB)