RICHARD I. YANKWICH, Bar No. 089924
richard.yankwich@dlapiper.com
ALAN A. LIMBACH, Bar No. 173059
alan.limbach@dlapiper.com
BRENT K. YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
SUPERMICRO COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACKABLE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUPERMICRO COMPUTER, INC.,<br><br>Defendant. | CASE NO. C 05-03561 PJH (WDB)<br><br>[~~PROPOSED~~] ORDER PERMITTING THE USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING<br><br>Tutorial Date: September 8, 2006<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3<br><br>Claim Construction<br>Hearing Date: September 27, 2006<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3 |

-1-
EM\7209107.1
355856-5
[PROPOSED] ORDER PERMITTING THE USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING/ CASE NO. 05-03561 PJH (WDBO)

DLA PIPER US LLP
EAST PALO ALTO

IT IS HEREBY ORDERED that defendant Supermicro Computer, Inc., through its counsel of record, DLA Piper, their support staff, and vendors assisting such counsel, may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Phyllis J. Hamilton, certain equipment and materials as demonstrative exhibits and for purposes of facilitating illustrative exhibits for a technology tutorial and claim construction hearing to be held on September 8, 2006 and September 27, 2006 respectively. The demonstrative equipment and materials may include various computers and other equipment. The materials for facilitating illustrative exhibits include at least laptop computers, external hard drives, video and audio cables, power strips, extension cords, projector, projection screen, and additional monitors.

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity. Supermicro Computer, Inc. is permitted to bring the materials into the Courtroom up to one day in advance (specifically towards the end of the Court's day) of each of the above-scheduled events and may remove the materials following the conclusion of each event.

IT IS SO ORDERED.

Dated: September 6, 2006



The Honorable Judge Phyllis J. Hamilton

-2-
[PROPOSED] ORDER PERMITTING THE USE OF EQUIPMENT IN THE COURTROOM FOR THE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING/ CASE NO. 05-03561 (PJH (WDB)

EM\7209107.1
355856-5

DLA PIPER US LLP
EAST PALO ALTO