RICHARD I. YANKWICH (Bar No. 089924)
richard.yankwich@dlapiper.com
ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:    650.833.2000
Fax:   650.833.2001

Attorneys for Defendant
SUPERMICRO COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACKABLE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPERMICRO COMPUTER, INC., <br><br> Defendant. | CASE NO. C 05-03561 PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT SUPERMICRO COMPUTER, INC. LEAVE TO AMEND ANSWER AND COUNTERCLAIMS** |

WHEREAS, Defendant Supermicro Computer, Inc. ("Supermicro") filed its Answer And Counterclaims To Complaint; Demand For Jury Trial; Certification Of Interested Parties Or Persons; Fed. R. Civ. P. 7.1 Disclosure on September 22, 2005;

WHEREAS, Plaintiff Rackable Systems, Inc. ("Rackable") filed its Reply To Super Micro's Counterclaims on October 12, 2005;

WHEREAS, Supermicro desires to amend its Answer and Counterclaims prior to the November 24, 2006 deadline for amending pleadings, to allege inequitable conduct with respect to U.S. Patent No. 3,496,366;

WHEREAS Rackable denies any inequitable conduct and reserves all rights to reply or otherwise respond to Supermicro's proposed amended pleading;

1  WHEREAS, the Court encouraged the parties at a Case Management Conference held on
2  November 16, 2006, to enter into a stipulation regarding the filing of Supermicro's amended
3  pleading;

4  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
5  attorneys of record, that Supermicro may file an Amended Answer and Counterclaims in the form
6  attached hereto as <u>Exhibit A</u> alleging an affirmative defense and counterclaim of unenforceability
7  of the '366 patent. It is further stipulated that Rackable reserves all rights to reply or otherwise
8  respond to Exhibit A.

9  IT IS FURTHER HEREBY STIPULATED by and between the parties hereto through
10 their respective attorneys of record that Supermicro shall file its Amended Answer and
11 Counterclaims within five days of the Court's entry of the order herein.

Dated: November 22, 2006
DLA PIPER US LLP

By_____/s/_____
RICHARD I. YANKWICH
ALAN A. LIMBACH
CHRISTINE K. CORBETT

Attorneys for Defendant
SUPERMICRO COMPUTER, INC.

Dated: November 22, 2006
KIRKLAND & ELLIS LLP

By_____/s/_____
ERIC R. LAMISON
BENJAMIN R. OSTAPUK
RYAN J. CASAMIQUELA

Attorneys for Plaintiff
RACKABLE SYSTEMS, INC.

# ORDER

IT IS HEREBY ORDERED THAT Supermicro shall file its Amended Answer and Counterclaims, in the form attached hereto as <u>Exhibit A</u>, within five days of the entry of the Court's order. Rackable reserves all rights to reply or otherwise respond to the new claims set forth in Supermicro's amended pleading.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 28, 2006



THE HONORABLE
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

EM\7211705.1
355856-5

STIP & [PROPOSED] ORDER
USDC CASE NO. C 05-03561 PJH