UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACKABLE SYSTEMS, INC.,

    Plaintiff(s),

    v.

SUPER MICRO COMPUTER, INC.,

    Defendant(s).

_____/

No. C 05-3561 PJH

**ORDER**

    Notwithstanding the court's admonishment to the parties at the last hearing that they are required to submit **unredacted** chambers copies of motions and supporting documents, the staff of the undersigned judge is still spending an inordinate amount of time trying to obtain unredacted copies from the parties. Accordingly, the court is compelled to warn the parties that if redacted copies continue to be submitted to chambers, monetary sanctions will be imposed. Additionally, the court will consider imposing a bar to future filings under seal which will obviate the need for redactions.

**IT IS SO ORDERED.**

Dated: March 28, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge