UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACKABLE SYSTEMS, INC.,

    Plaintiff,

    v.

SUPER MICRO COMPUTER, INC.,

    Defendant.

_____/

No. C 05-3561 PJH

**ORDER GRANTING IN PART AND DENYING IN PART JOINT REQUEST TO FILE DOCUMENTS UNDER SEAL**

At the April 11, 2007 hearing on the parties' motions for summary judgment and summary adjudication, the court DENIED Supermicro's requests to file numerous documents under seal based on its failure to comply with the procedural requirements of Civil L.R. 79-5 and to satisfy the "compelling reasons" threshold. *See Kamakana v. City of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The court also DENIED Rackable's requests to file documents under seal based on its failure to demonstrate compelling reasons.

Following the hearing, on April 18, 2007, the parties submitted a joint request to file certain documents under seal, which Supermicro then revised further pursuant to its April 23, 2007, letter to the court. The court will grant the joint request, as revised by Supermicro's letter, with the exception of material concerning the identification of Supermicro customers, and Supermicro invoices that identify Supermicro customers. *See* Ostapuk Decl., Exh. I; Ostapuk Decl., Exh. T, at 34-35. This material, which Supermicro contends constitutes "trade secret" information, does not satisfy the high threshold set forth by the Ninth Circuit in *Kamakana.*

Accordingly, only the following exhibits or portions of exhibits previously filed by the parties will be filed under seal:

1. Pages 24-27, 38, 45, 66-67, 70, and 72 of Exhibit T to the Ostapuk Decl. filed in support of Rackable's motion for summary adjudication (Docket No. 193);

2. The pages following Tab 905 in Exhibit C, and pages 72, 74, 75, 194-196, 199, and 200 of Exhibit F to the Corbett Decl. filed in support of Supermicro's opposition to Rackable's motion adjudication (Docket No. 209);

3. Exhibit J, and pages 195-96 of Exhibit M to the Ostapuk Decl. filed in support of Rackable's reply (Docket No. 235);

4. Pages 34-35, 45, of Exhibit 2 to the Yamashita Decl. filed in support of Supermicro's motion for summary judgment (Docket No. 183); and

5. Exhibits 30-32 to the Casamiquela Decl. filed in support of Rackable's opposition.

Additionally, the parties are ORDERED to re-file in the public record within seven days of this order, unredacted versions of all papers previously filed in support of the parties' motions for summary judgment and summary adjudication, with the exception of only those documents listed above.

Finally, all documents previously submitted in envelopes for sealing will be recycled by the court. Should the parties wish to retain those documents and/or dispose of the materials in another manner, they may contact chambers and pick up the documents no later than seven days from the date of this order.

**IT IS SO ORDERED.**

Dated: April 25, 2007

PHYLLIS J. HAMILTON
United States District Judge

2