[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACKABLE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUPER MICRO COMPUTER, INC., <br><br> Defendant. | Case No. C 05-03561 PJH (WDB) <br><br> **STIPULATED DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF RACKABLE SYSTEMS, INC. AND DEFENDANT SUPERMICRO COMPUTER, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Stipulated Dismissal Between Rackable Systems, Inc. and Supermicro Computer, Inc.

Case No. C 05-03561 PJH (WDB)

1   Pursuant to Fed. R. Civ. P. 41(a), plaintiff Rackable Systems, Inc. ("Rackable") and
2   defendant Super Micro Computer, Inc. ("Super Micro") stipulate to dismissal of this action,
3   including all claims, defenses and counterclaims ever asserted, in accordance with the terms of a
4   confidential settlement agreement. Each party shall bear its own costs, expenses and attorneys' fees.

5   IT IS SO STIPULATED.

6   Dated: May 1, 2007                KIRKLAND & ELLIS LLP

8                                     By: _____
                                      Eric R. Lamison (Bar No. 178262)
9                                     Benjamin R. Ostapuk (Bar No. 194364)
                                      Ryan J. Casamiquela (Bar No. 228559)
10                                    KIRKLAND & ELLIS LLP
                                      555 California Street, Suite 2700
11                                    San Francisco, California 94104
                                      Telephone: (415) 439-1400
12                                    Facsimile: (415) 439-1500

13
                                      Attorneys for Plaintiff
14                                    RACKABLE SYSTEMS, INC.

15  Dated: May 1, 2007                DLA PIPER RUDNICK GRAY CARY US LLP

17                                    BY: _____
                                      Richard I. Yankwich (Bar No. 089924)
18                                    Alan A. Limbach (Bar No. 173059)
                                      Brent Yamashita (Bar No. 206890)
19                                    DLA Piper Rudnick Gray Cary US LLP
                                      2000 University Avenue
20                                    East Palo Alto, California 94303-2215
                                      Telephone: (650) 833-2000
21                                    Facsimile: (650) 833-2001

22                                    Attorneys for Defendant
23                                    SUPER MICRO COMPUTER, INC.

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.
25  Dated:

26                                    _____
                                      HONORABLE PHYLLIS HAMILTON
27                                    United States District Judge

28

Stipulated Dismissal Between Rackable Systems, Inc.         1            Case No. C 05-03561 PJH (WDB)
and Supermicro Computer, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Benjamin R. Ostapuk, attest that concurrence in the filing of this document has been obtained from counsel for defendant Super Micro Computer, Inc. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2007 at San Francisco, California.

                                                        s/Benjamin R. Ostapuk
                                                        _____
                                                        Benjamin R. Ostapuk