[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACKABLE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MICRO COMPUTER, INC.,<br><br>Defendant. | Case No. C 05-03561 PJH (WDB)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF RACKABLE SYSTEMS, INC. AND DEFENDANT SUPERMICRO COMPUTER, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)** AND ORDER |

Stipulated Dismissal Between Rackable Systems, Inc. and Supermicro Computer, Inc.

Case No. C 05-03561 PJH (WDB)

1  Pursuant to Fed. R. Civ. P. 41(a), plaintiff Rackable Systems, Inc. ("Rackable") and
2  defendant Super Micro Computer, Inc. ("Super Micro") stipulate to dismissal of this action,
3  including all claims, defenses and counterclaims ever asserted, in accordance with the terms of a
4  confidential settlement agreement. Each party shall bear its own costs, expenses and attorneys' fees.
5  IT IS SO STIPULATED.

6  Dated: May 1, 2007                    KIRKLAND & ELLIS LLP

8                                          By: _____
                                           Eric R. Lamison (Bar No. 178262)
9                                          Benjamin R. Ostapuk (Bar No. 194364)
                                           Ryan J. Casamiquela (Bar No. 228559)
10                                         KIRKLAND & ELLIS LLP
                                           555 California Street, Suite 2700
11                                         San Francisco, California 94104
                                           Telephone: (415) 439-1400
12                                         Facsimile: (415) 439-1500

14                                         Attorneys for Plaintiff
                                           RACKABLE SYSTEMS, INC.

15 Dated: May 1, 2007                     DLA PIPER RUDNICK GRAY CARY US LLP

17                                          BY: _____
                                           Richard I. Yankwich (Bar No. 089924)
18                                         Alan A. Limbach (Bar No. 173059)
                                           Brent Yamashita (Bar No. 206890)
19                                         DLA Piper Rudnick Gray Cary US LLP
                                           2000 University Avenue
20                                         East Palo Alto, California 94303-2215
                                           Telephone: (650) 833-2000
21                                         Facsimile: (650) 833-2001

22                                         Attorneys for Defendant
                                           SUPER MICRO COMPUTER, INC.

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: 5/3/07

26                                         _____
                                           HONORABLE PHYLLIS J. HAMILTON
27                                         United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

Stipulated Dismissal Between Rackable Systems, Inc.     1           Case No. C-05-03561 PJH (WDB)
and Supermicro Computer, Inc.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Benjamin R. Ostapuk, attest that concurrence in the filing of this document has been obtained from counsel for defendant Super Micro Computer, Inc. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2007 at San Francisco, California.

s/Benjamin R. Ostapuk
_____
Benjamin R. Ostapuk